687 A.2d 819

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Phillip J. PERSICHINI, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Feb. 3, 1997.

### *ORDER*

PER CURIAM:

AND NOW, this 3rd day of February, 1997, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issues:

1. Whether the trial court properly charged the jury concerning the corpus delicti rule and its proper application to 18 Pa.C.S.A. § 3301(e); and

2. Whether the Commonwealth proved the corpus delicti of 18 Pa.C.S.A. § 3301(e) beyond a reasonable doubt independent of Petitioner's admissions.

It is also ordered that this matter be submitted on briefs for final decision.